# EXHIBIT C

─── **VISION SERVICE PLAN** ───

VSP Board Meeting Minutes
June 23-24, 1995
Page 7

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

MSC (Skay/ Dreffer)

THE QUALITY ASSURANCE COMMITTEE RECOMMENDS THE FOLLOWING IMPLEMENTATION OF GUIDELINES TO THE BOARD REGARDING MICHIGAN AND OHIO DOCTORS:

- DOCTORS THAT DO NOT CURRENTLY HAVE $1 MILLION LIABILITY INSURANCE COVERAGE WILL BE GIVEN TWELVE (12) MONTHS TO SECURE $.5 MILLION COVERAGE FOLLOWED BY AN ADDITIONAL 12 MONTHS TO OBTAIN THE FULL $1 MILLION. VSP WILL WORK WITH THESE DOCTORS TO HELP THEM FIND INSURANCE COMPANIES THAT WILL PROVIDE LIABILITY INSURANCE AT A REASONABLE RATE.
- CURRENT MEMBER DOCTORS WHO DO NOT DISPENSE WILL BE GIVEN 5 YEARS TO ESTABLISH A DISPENSARY IN THEIR OFFICE. NEW DOCTORS WILL NOT BE ADDED

_____    July 26, 1995
Larry Hedgren, O.D., Secretary         Date

# VISION SERVICE PLAN

VSP Board Meeting Minutes
June 23-24, 1995
Page 8

**CONFIDENTIAL
ATTORNEYS' EYES ONLY**

|  |  |
|---|---|
|  | TO A PRACTICE UNLESS ALL DOCTORS MEET THE STANDARD POLICY IN THAT PRACTICE. DOCTORS NOT IN FULL COMPLIANCE WILL ONLY BE ELIGIBLE FOR PANEL MEMBERSHIP FOR STANDARD PLAN GROUPS. (U) |
| MSC (Skay/ D. Jones) | CURRENT MICHIGAN AND OHIO DOCTORS WHO DO NOT OWN THEIR OWN DISPENSING OPERATION WILL BE GRANDFATHERED INTO VSP AS A PROVIDER AS LONG AS THEY REMAIN WITH THEIR CURRENT EMPLOYER AND MEET ALL OTHER ARTICLES, BY-LAWS, RULES OR SCHEDULES THAT MAY BE DULY ADOPTED BY VSP WITH THE EXCEPTION THAT ALL PROVIDERS IN AN OFFICE MUST BELONG TO VSP. (U) |

_Larry Hedgren_
Larry Hedgren, O.D., Secretary

July 26, 1995
Date