

Robert E. Moss, Jr.
Director
Deputy General Counsel

January 14, 2008

Gordon Coffee, Esq.
WINSTON & STRAWN, LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Fax: (202) 282-5100

John Czarnecki, Esq.
COOPER & WALINSKI
900 Adams Street
Toledo, OH 43624
Fax: (419) 242-9606

Rodger L. Eckelberry, Esq.
BAKER & HOSTETLER, LLP
65 East State Street, Suite 2100
Columbus, OH 43215-4260
Fax: (614) 462-2616                                    *Via facsimile and U.S. Mail*

RE:    *Mark Barron, O.D. v. Vision Service Plan*
       Case Number: 3:07-cv-03902-JGC

Dear Messrs. Coffee, Czarnecki & Eckleberry:

I am writing to memorialize the agreement reached between Defendant Vision Service Plan (VSP) and Plaintiff Dr. Mark Barron, including the outcome of the telephonic conference discussion held among the parties on January 7, 2008. In attendance at that conference were Plaintiff's attorneys Gordon Coffee, John Czarnecki and Rodger L. Eckelberry and Defendant's attorney Robert E. Moss, Jr.

As you will recall, on Friday, January 4, 2008, VSP proposed to Plaintiff's counsel that in order to give both sides some time to explore possible resolution of the separate Doctors Barron and Stein matters that (1) Plaintiffs withdraw their requests for temporary restraining orders with prejudice; (2) Plaintiffs grant VSP 30 days from January 31, 2008, to respond to the separate complaints; and (3) the Preliminary Injunction hearings be set for January 31, 2008, or, as further agreed by the parties. In consideration for the foregoing, VSP would to grant a stay of each plaintiff's scheduled termination from VSP's doctor network to the earlier of (a) January 31, 2008 or (b) the outcome of the preliminary injunctions.

With the exception of item (1) above, Attorney Coffee stipulated to this agreement.

Following discussion of the above, including item (1), and upon agreement of the parties, Judge Carr issued the following oral order with respect to Dr. Barron:

1)    The status quo remains in effect until Midnight, January 31, 2008.
2)    Defendant to take no action to terminate plaintiff from any plan or program or take no other
      action adverse to plaintiff's professional interests or adverse to plaintiff's rights prior to February
      1, 2008.

Case: 3:07-cv-03902-JGC  Doc #: 15-3  Filed: 05/20/08  2 of 2.  PageID #: 273

January 14, 2007
Page 2

3)   Plaintiff Barron's motion for a Temporary Restraining Order and Preliminary Injunction is
     withdrawn without prejudice. Plaintiff can revive and re-file in full his motion, if necessary, on or
     after February 1, 2008.
4)   The parties will meet and confer with Judge Carr for a status report on January 28, 2008. Judge
     Carr may set a hearing for the Temporary Restraining Order at that time.

Although the above-referenced order technically does not extend to Dr. Michael Stein, who is engaged in
similar litigation in the Franklin County, Ohio, Court of Common Pleas, and who is also represented by
Messrs. Coffee, Czarnecki and Eckelberry, it is VSP's understanding that Plaintiff Stein's Motion for
Temporary Restraining Order and Preliminary Injunction is also stayed until January 31, 2008. I realize
that the Northern District of Ohio Court has no jurisdiction over this matter, but I wish to clarify that the
global agreement reached between the parties during my discussion on Friday, January 4, with Mr. Coffee
also included Plaintiff Stein.

Vision Service Plan appreciates the willingness of the court and plaintiff's counsel to work with me to
facilitate the above-referenced understanding and agreement. I believe that it is in the best interest of all
parties.

If my memorialization of the agreement coming out of our discussion on Monday is not accurate, please
let me know.

Very truly yours,

ROBERT E. MOSS, JR.

COPY:        Chief Judge James G. Carr
             United States District Court Northern District of Ohio
             Western Division
             210 United States Court House
             1716 Spielbusch Avenue
             Toledo, OH 43604-1363
             Fax (419) 213-5563